**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Colin**<br>First name<br><br>**O.**<br>Middle name<br><br>**Hebson**<br>Last name and Suffix (Sr., Jr., II, III) | **Michelle**<br>First name<br><br>**L.**<br>Middle name<br><br>**Hebson**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6084 | xxx-xx-2548 |

| Debtor 1 | **Colin O. Hebson** | |
|---|---|---|
| Debtor 2 | **Michelle L. Hebson** | Case number *(if known)* |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EIN

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EIN

**5. Where you live**

**2500 Green Bay Road**
**Evanston, IL 60201**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

**9534 Lawndale**
**Evanston, IL 60203**
Number, Street, City, State & ZIP Code

**Cook**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Colin O. Hebson**

Debtor 2    **Michelle L. Hebson**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | Debtor _____ | | | Relationship to you _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |
| | Debtor _____ | | | Relationship to you _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |

---

**11. Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.    Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Colin O. Hebson** | |
|---|---|---|
| Debtor 2 | **Michelle L. Hebson** | Case number *(if known)* |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Colin O. Hebson** | |
|---|---|---|
| Debtor 2 | **Michelle L. Hebson** | Case number *(if known)* |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Colin O. Hebson**
Debtor 2   **Michelle L. Hebson**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Colin O. Hebson | /s/ Michelle L. Hebson |
| --- | --- |
| **Colin O. Hebson** | **Michelle L. Hebson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **August  6, 2021** | Executed on  **August  6, 2021** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   **Colin O. Hebson**

Debtor 2   **Michelle L. Hebson**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David K. Welch**                                                   Date   **August  6, 2021**

Signature of Attorney for Debtor                                              MM / DD / YYYY

**David K. Welch 06183621**

Printed name

**Burke, Warren, MacKay & Serritella, P.C.**

Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**

Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**                        Email address   **dwelch@burkelaw.com**

**06183621 IL**

Bar number & State

---

Certificate Number: 14751-ILN-CC-035864533



14751-ILN-CC-035864533

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 26, 2021</u>, at <u>8:35</u> o'clock <u>AM PDT</u>, <u>COLIN  HEBSON</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 26, 2021</u>              By:     <u>/s/AMEY AIONO</u>

                                        Name:   <u>AMEY AIONO</u>

                                        Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 14751-ILN-CC-035864542



14751-ILN-CC-035864542

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 26, 2021</u>, at <u>8:35</u> o'clock <u>AM PDT</u>, <u>Michelle Hebson</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 26, 2021</u>                    By:    <u>/s/AMEY AIONO</u>

                                      Name:   <u>AMEY AIONO</u>

                                      Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Debtor 1   Colin O. Hebson
Debtor 2   Michelle L. Hebson

Case number (if known)

**Part 6:** Answer These Questions for Reporting Purposes

| 16. | What kind of debts do you have? | 16a | Are your debts primarily **consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b   Are your debts primarily **business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c   State the type of debts you owe that are not consumer debts or business debts

---

17. Are you filing under Chapter 7?   ☑ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?   ☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ☐ No
- ☐ Yes

---

18. How many Creditors do you estimate that you owe?

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

---

19. How much do you estimate your assets to be worth?

- ☐ $0 - $50,000
- ☐ $50,000 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

20. How much do you estimate your liabilities to be?

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**Part 7:** Sign Below

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C.§§ 152, 1341, 1519, and 3571.

Colin O. Hebson
Signature of Debtor 1

Executed on   9/4/2021
　　　　　　　MM / DD / YYYY

Michelle L. Hebson
Signature of Debtor 2

Executed on   8/5/2021
　　　　　　　MM / DD / YYYY

---

Official Form 101

Voluntary Petition for Individuals Filing for Bankruptcy

page 6

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Colin O. Hebson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Michelle L. Hebson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**   Anthony Burns
1080 Brickel Ave. #501
Miami, FL 33131

What is the nature of the claim?   **Money Loaned**   $ **$150,000.00**   (est.)

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

_____
_____
Contact
_____
Contact phone

**2**   Bill McDonald
2626 E. Arizona Biltmore Circle 46
Phoenix, AZ 85016

What is the nature of the claim?   **Money Loaned**   $ **$150,000.00**   (est.)

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____

_____
_____
Contact

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Colin O. Hebson**
Debtor 2    **Michelle L. Hebson**

Case number *(if known)* _____

| Contact phone | Unsecured claim | $ _____ |

---

**3**   **Brian Gaughan**
**c/o Douglas C. Giese**
**29 N. Wacker Dr., #1010**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Judgment**   $ **$538,527.86**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**4**   **Bryn Mawr Country Club**
**6600 N. Crawford Ave.**
**Lincolnwood, IL 60712**

**What is the nature of the claim?**   **Judgment**   $ **$105,279.83**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**5**   **Concord Commission Advance**
**555 8th Ave. Suite 2301**
**New York, NY 10018**

**What is the nature of the claim?**   **Contract**   $ **$24,794.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**6**   **Corey Fertel**
**2009 W. Erie**
**Chicago, IL 60612**

**What is the nature of the claim?**   **Money Loaned**   $ **$600,000.00**   (est.)

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Colin O. Hebson**
Debtor 2  **Michelle L. Hebson**                                    Case number *(if known)* _____

---

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____
Contact                                          Value of security:          - $ _____
Contact phone                                    Unsecured claim                $ _____

---

| 7 |

**Don Jerome**
**4832 W. Balmoral Ave.**
**Chicago, IL 60630**

**What is the nature of the claim?**   Money Loaned   $ **$65,000.00**  (est.)

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____
Contact                                          Value of security:          - $ _____
Contact phone                                    Unsecured claim                $ _____

---

| 8 |

**Dream Town Realty, Inc.**
**1950 N. Sedgwick St.**
**Chicago, IL 60614**

**What is the nature of the claim?**   Money Loaned and Judgment   $ **$776,952.63**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____
Contact                                          Value of security:          - $ _____
Contact phone                                    Unsecured claim                $ _____

---

| 9 |

**Edward Tunney**
**c/o Christopher Agrella**
**330 E. Main, #205**
**Barrington, IL 60010**

**What is the nature of the claim?**   Judgment   $ **$181,210.29**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)      $ _____
Contact                                          Value of security:          - $ _____
Contact phone                                    Unsecured claim                $ _____

---

| 10 |

**What is the nature of the claim?**   Judgment   $ **$1,109,765.86**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Colin O. Hebson** |
|---|---|
| Debtor 2 | **Michelle L. Hebson** |

Case number *(if known)* _____

---

**Fred Smithson**
**708 West Briar Place Unit 1**
**Chicago, IL 60657**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

---

**11**

**Glen Seiden**
**Seiden Netzky Law Group- CNA Center**
**333 S. Wabash Ave., 2700**
**Chicago, IL 60604**

**What is the nature of the claim?**    **Judgment**    $ **50,000.00**  (est.)

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

---

**12**

**Goldberg & Field**
**10 S. LaSalle St., Suite 2910**
**Chicago, IL 60603**

**What is the nature of the claim?**    **Money Loaned**    $ **400,000.00**  (est.)

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

---

**13**

**Hadley Rue**
**Dreamtown Lincoln Square**
**4553 N. Lincoln Ave.**
**Chicago, IL 60625**

**What is the nature of the claim?**    **Judgment**    $ **153,099.12**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____

Contact _____

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Colin O. Hebson** | | |
|---|---|---|---|
| Debtor 2 | **Michelle L. Hebson** | Case number *(if known)* | |

☐

Contact phone

Value of security:          - $ _____
Unsecured claim              $ _____

---

**14**  **John Wallis**
**523 Cinnamon Beach Lane**
**Palm Coast, FL 32137**

What is the nature of the claim?     <u>Money Loaned</u>     $ **$150,000.00**    (est.)

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                                                     Value of security:          - $ _____
Contact phone                                            Unsecured claim              $ _____

---

**15**  **Kevin Gaughan**
**c/o Douglas C. Giese**
**29 N. Wacker Dr., #1010**
**Chicago, IL 60606**

What is the nature of the claim?     <u>Judgment</u>     $ **$538,527.86**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                                                     Value of security:          - $ _____
Contact phone                                            Unsecured claim              $ _____

---

**16**  **Marc Realty**
**55 E. Jackson Blvd.**
**Chicago, IL 60604**

What is the nature of the claim?     <u>Money Loaned</u>     $ **$350,000.00**    (est.)

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
■  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                                                     Value of security:          - $ _____
Contact phone                                            Unsecured claim              $ _____

---

**17**  **Mike Anderson**
**Anderson Financial Group**
**2421 N. Ashland Ave.**
**Chicago, IL 60614**

What is the nature of the claim?     <u>Money Loaned</u>     $ **$150,000.00**    (est.)

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
    Disputed

---

B 104 (Official Form 104)                        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                        Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

| Debtor 1 | **Colin O. Hebson** | | |
|---|---|---|---|
| Debtor 2 | **Michelle L. Hebson** | Case number *(if known)* | |

☐
■ None of the above apply

**Does the creditor have a lien on your property?**

| | | |
|---|---|---|
| | ■ | No |
| Contact | ☐ | Yes. Total claim (secured and unsecured) $ _____ |
| | | Value of security: - $ _____ |
| Contact phone | | Unsecured claim $ _____ |

---

**18** | **Ralph Picker**
**Picker & Associates**
**750 Lake Cook Rd., Suite 375**
**Buffalo Grove, IL 60089**

What is the nature of the claim?    **Services Rendered**    $ **$40,000.00**    (est.)

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

| | | |
|---|---|---|
| | ■ | No |
| Contact | ☐ | Yes. Total claim (secured and unsecured) $ _____ |
| | | Value of security: - $ _____ |
| Contact phone | | Unsecured claim $ _____ |

---

**19** | **Rita Sankey**
**5760 North Virginia Ave.**
**Chicago, IL 60659**

What is the nature of the claim?    **Judgment**    $ **$115,522.41**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

| | | |
|---|---|---|
| | ■ | No |
| Contact | ☐ | Yes. Total claim (secured and unsecured) $ _____ |
| | | Value of security: - $ _____ |
| Contact phone | | Unsecured claim $ _____ |

---

**20** | **Thomas E. Eggers**
**428 S. Orlando Ave., Unit E**
**Cocoa Beach, FL 32931**

What is the nature of the claim?    **Money Loaned**    $ **$500,000.00**    (est.)

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

| | | |
|---|---|---|
| | ■ | No |
| Contact | ☐ | Yes. Total claim (secured and unsecured) $ _____ |
| | | Value of security: - $ _____ |
| Contact phone | | Unsecured claim $ _____ |

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Colin O. Hebson
Debtor 2    Michelle L. Hebson _____    Case number (if known) _____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
Colin O. Hebson                                     Michelle L. Hebson
Signature of Debtor 1                              Signature of Debtor 2

Date  8/4/2021                                     Date  8/5/2021

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankrupt

American Eagle Bank
556 Randall Rd.
South Elgin, IL 60177

Anthony Burns
1080 Brickel Ave. #501
Miami, FL 33131

Bill McDonald
2626 E. Arizona Biltmore Circle 46
Phoenix, AZ 85016

BMW Credit/PAY ARS.com
PO Box 469046
Escondido, CA 92046-9046

Brian Gaughan
c/o Douglas C. Giese
29 N. Wacker Dr., #1010
Chicago, IL 60606

Bryn Mawr Country Club
6600 N. Crawford Ave.
Lincolnwood, IL 60712

Burke, Warren, MacKay & Serritella
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611

Capital One
PO Box 30285
Salt Lake City, UT 84130

Concord Commission Advance
555 8th Ave. Suite 2301
New York, NY 10018

Corey Fertel
2009 W. Erie
Chicago, IL 60612

David Gidalvetz
1040 East Lake Ave.
Glenview, IL 60025

Don Jerome
4832 W. Balmoral Ave.
Chicago, IL 60630


Dream Town Realty, Inc.
1950 N. Sedgwick St.
Chicago, IL 60614


ECommission
11612 Bee Cave Rd., #200
Austin, TX 78738


Edward Tunney
c/o Christopher Agrella
330 E. Main, #205
Barrington, IL 60010


Fred Smithson
708 West Briar Place Unit 1
Chicago, IL 60657


Fred Smithson
7804 Arcadia St.
Morton Grove, IL 60053


Glen Seiden
Seiden Netzky Law Group- CNA Center
333 S. Wabash Ave., 2700
Chicago, IL 60604


Goldberg & Field
10 S. LaSalle St., Suite 2910
Chicago, IL 60603


Hadley Rue
Dreamtown Lincoln Square
4553 N. Lincoln Ave.
Chicago, IL 60625


Illinois Department of Financial
Aid and Professional Regulation
100 W. Randolp, 9th FL
Chicago, IL 60601

Illinois Dept of Revenue
Willard Ice Building
101 W. Jefferson St.
Springfield, IL 62702


Internal Revenue Service
Mail Stop 5114
230 S. Dearborn, #2600
Chicago, IL 60604


John Wallis
523 Cinnamon Beach Lane
Palm Coast, FL 32137


Kevin Gaughan
c/o Douglas C. Giese
29 N. Wacker Dr., #1010
Chicago, IL 60606


Maksimovich & Associates PC
8643
Ogden Ave.
Lyons, IL 60534


Marc Realty
55 E. Jackson Blvd.
Chicago, IL 60604


McFadden & Dillon PC
120 S. LaSalle Street, Suite 1920
Chicago, IL 60603


Mike Anderson
Anderson Financial Group
2421 N. Ashland Ave.
Chicago, IL 60614


North Shore Health
3304 W. Toughy Ave.
Chicago, IL 60612


PNC Bank
National Association
PO Box 747066
Pittsburgh, PA 15274

Ralhp J. Licari & Asssociates Ltd.
135 South LaSalle St., Suite 2210
Chicago, IL 60603


Ralph Picker
Picker & Associates
750 Lake Cook Rd., Suite 375
Buffalo Grove, IL 60089


Rita Sankey
5760 North Virginia Ave.
Chicago, IL 60659


Thomas E. Eggers
428 S. Orlando Ave., Unit E
Cocoa Beach, FL 32931


Tom Penn and Sally Hebson
4270 Circle Dr.
Excelsior, MN 55331


Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051