UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  21-09349 |
| COLIN O. HEBSON HEBSON | ) | |
| MICHELLE L. HEBSON | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF
## BURKE, WARREN, MACKAY & SERRITELLA P.C. AS DEBTOR'S COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of COLIN O. HEBSON and MICHELLE L. HEBSON, Debtors/Debtors-in-Possession, for Authority to Employ Burke, Warren, MacKay & Serritella, P.C. as their counsel; due notice having been provided; and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that COLIN O. HEBSON and MICHELLE L. HEBSON, Debtors/Debtors-in-Possession, are authorized to retain David K. Welch, Brian P. Welch, and the law firm of Burke, Warren, MacKay & Serritella, P.C. as their attorneys to perform the necessary legal services on their behalf in the above-captioned bankruptcy case, effective as of August 6, 2021, with compensation subject to the further order of this Court.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 22, 2021

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900