UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-09349 |
| COLIN O. HEBSON | ) | |
| MICHELLE L. HEBSON | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING EFFECTIVENESS OF PRIOR INTERIM ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL

THIS MATTER COMING TO BE HEARD upon the continued Motion of COLIN O. HEBSON and MICHELLE L. HEBSON, Debtors and Debtors-in-Possession herein, for Authority to Use Cash Collateral (the "Motion") pursuant to section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, and Rule 4001-2 of the Local Rules of this Court; the Court having entered an Interim Order Authorizing Interim Use of Cash Collateral (the "Interim Order") on August 18, 2021, at Docket No. 24,

IT IS HEREBY ORDERED AS FOLLOWS:

(1) The effectiveness of the Interim Order is extended to and including October 31, 2021; and

(2) A further hearing with respect to the Motion is scheduled before the Court via Zoom for Government on October 13, 2021 at 9:30 a.m.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 29, 2021

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

Rev: 20170105_bko