# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Colin O. Hebson and Michelle L. Hebson, | Bankruptcy No. 21-09349 |
| | Honorable Janet S. Baer |
| Debtors. | |

## NOTICE OF MOTION

**Please take notice** that on **Wednesday, November 17, 2021, at 1:00 P.M.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge for the Northern District of Illinois, or any other Judge sitting in her place and stead, and shall present the attached **Motion to Extend Deadlines to Seek Denial of Discharge or Dischargeability**, a copy of which is hereby served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and further information can also be found on the Judge's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

{00209910}

Dated: November 5, 2021     **Fred Smithson**

By: */s/ William J. Factor*
One of His Attorneys

William J. Factor (620765)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:	(312) 878-6976
Fax:	(847) 574-8233
Email:	wfactor@wfactorlaw.com

{00209910}

## CERTIFICATE OF SERVICE

      I, William J. Factor, an attorney, hereby certify that on November 5, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address by depositing with the United States Postal Service.

                                                         */s/ William J. Factor*

**Registrants in the Case**

| | |
|---|---|
| **Mitchell S. Chaban** | mchaban@lgattorneys.com; dlee@lgattorneys.com; cspain@lgattorneys.com; kstrauss@lgattorneys.com |
| **Scott R Clar** | sclar@cranesimon.com; mjoberhausen@cranesimon.com; asimon@cranesimon.com |
| **Jacob Comrov** | jcomrov@cranesimon.com; jdcomrov@gmail.com |
| **Wendy Kaleta Gattone** | w.gattone@mcdillaw.com |
| **Douglas C. Giese** | doug@markofflaw.com; dcgiese@hotmail.com |
| **Robert P Handler** | rhandler@com-rec.com; rhandlerscv@ecf.axosfs.com |
| **Robert A. Kahn** | kahnsell@aol.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Jonathan M Weis** | jweis@lgattorneys.com |
| **Brian P Welch** | bwelch@burkelaw.com; gbalderas@burkelaw.com |
| **David K Welch** | dwelch@burkelaw.com; gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com |

**Non-Registrants in the Case**
**Service via U.S. Mail**

| | |
|---|---|
| **Colin O Hebson**<br>2500 Green Bay Road<br>Evanston, IL 60201 | **Michelle L Hebson**<br>9534 Lawndale<br>Evanston, IL 60203 |
| **PRA Receivables Management, LLC**<br>PO Box 41021<br>Norfolk, VA 23541 | |

{00209910}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Colin O. Hebson and Michelle L. Hebson, | Bankruptcy No. 21-09349 |
| | Honorable Janet S. Baer |
| Debtors. | |

## MOTION TO EXTEND DEADLINES TO SEEK
## DENIAL OF DISCHARGE/DISCHARGEABILITY

Fred Smithson ("Movant") respectfully requests that the Court enter an order substantially in the form of that submitted herewith extending by 60-days (to January 10, 2022) the deadlines (collectively, the "Deadlines") for Movant to (a) file a complaint to deny the Debtors' discharge under §§ 727(a) and 1141(d) and (b) file a complaint to have the claim the Debtors owe Movant declared nondischargeable under one or more of the provisions of 11 U.S.C. § 523.  In support of this relief, Movant states as follows:

### JURISDICTION

1. The Court has jurisdiction over this motion pursuant to, among other things, 28 U.S.C. § 1334.  The consideration of this motion is a core matter under 28 U.S.C. § 157.

### BACKGROUND

2. On August 6, 2021, the Debtors filed a voluntary petition for relief under Chapter 11 of title 11, United States Code (the "Bankruptcy Code").  The Debtors Schedule F states that Mr. Hebson owes Movant $1,109,765.86 on account of a Judgment. Movant is the largest creditor in the case.

3. The Debtors bankruptcy petition recites they are eligible for relief under SubChapter V of Chapter 11.  Movant reserves the right to seek dismissal of this

{00209910}

Case or other relief on the grounds that the Debtors have debts in excess of $7.5 million.[1]

4. Robert P. Handler was appointed as SubChapter V Trustee in the Case.

5. The initial Meeting of Creditors was scheduled for September 9, 2021.

6. On November 4, 2021, the Debtors filed their Chapter 11 plan of reorganization. It proposes to pay unsecured creditors an amount that, on information and belief, is between 1% to 2% of the amount owed to each creditor holding an allowed claim.

7. Movant needs further information in order to fully investigate the Debtors' financial affairs and determine whether there are grounds to file an adversary proceeding seeking to deny their general discharge or their ability to discharge the debt owed to Movant. As noted elsewhere, the Debtors filed their plan this week and additional time is needed to study the Plan, the financial information that has been provided and any further grounds to file a complaint seeking relief under § 523(a), 1141(d) and 727(a).

8. Movant thus requests an extension of the Deadlines through and including January 10, 2022.

## DISCUSSION

9. A complaint objecting to the dischargeability of a particular debt must ordinarily be filed within 60-days after the first date set for the meeting of creditors under § 341(a). In this Case, that deadline is November 8, 2021. However, as long as a motion is made to extend that deadline before that deadline has passed, an extension can be granted for cause. Fed. R. Bank. P. 1017(e)(1), 4004(b), 4004(d).

---

[1] For example, the Debtors' Schedules reflect total debts of $7,126,402. However, Mr. Smithson is owed $300,000 more than the amount listed in the Debtors' schedules; they improperly omitted post-judgment interest at the permitted rate under Illinois law. The Debtors appear to have done the same for other judgment creditors, including Bryan Mawr Country Club, Brian Gaughan, and Edward Tunney, as is evident from comparing proof of claim amounts with the Debtors' schedules. Adjusting for proof of claim amounts suggests the Debtors' aggregate debts are close to, if not over, $7.5 million.

{00209910}

10.    Likewise, in a chapter 11 case, a complaint objecting to a debtor's discharge must be brought before the first hearing on the confirmation of the Plan.

11.    For the reasons set forth above – i.e., so that Movant can investigate the pertinent grounds -- cause exists to extend the Deadlines in this Case by 60-days, to January 10, 2022. Movant's request also is timely because this motion is being filed before the Deadlines have expired.

Wherefore, Fred Smithson, respectfully requests that the Court extend the Deadlines for him to file a complaint seeking to deny the Debtors' discharge and to obtain a determination that the amount owed to him his nondischargeable pursuant to 11 U.S.C. §§ 523, 1141(d) and 727(a), through and including January 10, 2022, and for such other relief as this Court deems appropriate.

Dated: November 5, 2021                                  **Fred Smithson**

                                                                             By: */s/ William J. Factor*
                                                                             One of His Attorneys

William J. Factor (620765)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com