# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Colin O. Hebson and Michelle L. Hebson, | Bankruptcy No. 21-09349 |
| | Honorable Janet S. Baer |
| Debtors. | |

## NOTICE OF MOTION

**Please take notice** that on **Wednesday, February 16, 2022, at 1:00 P.M.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge for the Northern District of Illinois, or any other Judge sitting in her place and stead, and shall present the attached **AGREED MOTION TO RESET BRIEFING SCHEDULE ON MOTION TO STRIKE SUBCHAPTER V ELECTION**, a copy of which is hereby served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and further information can also be found on the Judge's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: February 7, 2022 **Fred Smithson**

By: */s/ William J. Factor*
One of His Attorneys

William J. Factor (620765)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com

{00209910}

# I.  CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, hereby certify that on February 7, 2022, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address by depositing with the United States Postal Service.

/s/ William J. Factor

**Registrants in the Case**

| | |
|---|---|
| **Abraham Brustein** | abrustein@dimonteandlizak.com, jjarke@dimontelaw.com |
| **Mitchell S. Chaban** | mchaban@lgattorneys.com, dlee@lgattorneys.com;cspain@lgattorneys.com;kstrauss@lgattorneys.com |
| **Scott R Clar** | sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com |
| **Jacob Comrov**  j | comrov@cranesimon.com, jdcomrov@gmail.com |
| **William J Factor** | wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com |
| **Wendy Kaleta Gattone** | w.gattone@mcdillaw.com |
| **Douglas C. Giese** | doug@markofflaw.com, dcgiese@hotmail.com |
| **Robert P Handler** | rhandler@com-rec.com, rhandlerscv@ecf.axosfs.com |
| **Robert A. Kahn** | kahnsell@aol.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Berton N Ring** | bring@bnrpc.com |
| **Jonathan M Weis**  j | weis@lgattorneys.com |
| **Brian P Welch** | bwelch@burkelaw.com, gbalderas@burkelaw.com |
| **David K Welch** | dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com |

**Non-Registrants in the Case**
**Service via U.S. Mail**

| **Colin O Hebson**<br>2500 Green Bay Road<br>Evanston, IL 60201 | **Michelle L Hebson**<br>9534 Lawndale<br>Evanston, IL 60203 |
|---|---|
| **PRA Receivables Management, LLC**<br>PO Box 41021<br>Norfolk, VA 23541 | |

{00209910}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Colin O. Hebson and Michelle L. Hebson, | Bankruptcy No. 21-09349 |
| | Honorable Janet S. Baer |
| Debtors. | |

**AGREED MOTION TO RESET BRIEFING SCHEDULE
ON MOTION TO STRIKE SUBCHAPTER V ELECTION**

Fred Smithson ("Movant") respectfully requests that the Court enter an order substantially in the form of that submitted herewith, which extends to February 11, 2022, the time for Movant to file a reply brief in support of Movant's pending Motion to Strike the Debtors' Subchapter V designation. As discussed *infra,* the Debtors have agreed to this short extension. In support of this relief, Movant states as follows:

### I. JURISDICTION

1. The Court has jurisdiction over this motion pursuant to, among other things, 28 U.S.C. § 1334. The consideration of this motion is a core matter under 28 U.S.C. § 157.

### II. BACKGROUND

1. On August 6, 2021, the Debtors filed a voluntary petition for relief under Chapter 11 of title 11, United States Code (the "Bankruptcy Code"). The Debtors' bankruptcy petition recites they are eligible for relief under Subchapter V

of Chapter 11. Robert P. Handler was appointed as Subchapter V Trustee in the Case.

2. On December 8, 2021, Smithson filed a motion to strike the Debtors' Subchapter V designation, which explained that the designation should be struck because the Debtors owe more than the $7.5 million debt ceiling for eligibility under the Small Business Reorganization Act of 2019 (the "Motion to Strike").  11 U.S.C. §§ 1181, *et seq.*

3. This Court entered an Order on December 15, 2021 setting a briefing schedule and subsequent status hearing with respect to the Motion to Strike. The Debtors' response was due on or before January 18, 2022, and Smithson's response was due on January 28, 2022, with a status hearing then scheduled for February 2, 2022.

4. On January 12, 2022, the Debtors filed an Agreed Motion to Reset Briefing Schedule on the Motion to Strike. Pursuant to the Agreed Motion, the Debtors were granted to January 28, 2022 to file their response to the Motion to Strike and Smithson was granted to February 7, 2022 to file his Reply Brief.  The Court set a further status for February 16, 2022, at 1:00 pm.

5. Smithson's counsel has experienced scheduling difficulties that render him unable to file his Reply to the Motion to Strike until February 11, 2022.

{00209910}

6. Smithson thus seeks an order extending to February 11, 2022, the due date for the Reply Brief. Smithson does not seek an extension of any other dates.

7. Debtors' Counsel has agreed to this extension.

Wherefore, Fred Smithson, respectfully requests that the Court extend to February 11, 2022, the date for him to file his Reply Brief in support of the Motion to Strike, and for such other relief as this Court deems appropriate.

Dated: February 7, 2022               **Fred Smithson**

                                      By: */s/ William J. Factor*
                                      One of His Attorneys

William J. Factor (620765)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com

{00209910}