IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 21-09349 |
| COLIN O. HEBSON and ) | Chapter 11 |
| MICHELLE L. HEBSON, ) | Hon. Janet S. Baer |
| ) | |
| *Debtors/Debtors-in-Possession*. ) | **Confirmation Hearing**: 8/30/23 @ |
| ) | 10:00 a.m. |

## BALLOT REPORT

COLIN O. HEBSON ("Colin") and MICHELLE L. HEBSON ("Michelle"), Debtors and Debtors in Possession herein, by and through their Attorneys, submit this Ballot Report pursuant to this Court's Order of June 22, 2023 and in conjunction with the hearing on confirmation of the Second Amended Subchapter V Plan of Reorganization ("Plan") filed by the Debtors.

| DESCRIPTION OF CLASS | RESULTS OF BALLOTING | | |
|---|---|---|---|
| **Class 1:** Secured Claim of PNC Bank | Class 1 is unimpaired; no vote solicited<br><br>**CLASS 1 DEEMED TO HAVE ACCEPTED PLAN** | | |
| | **Ballots Cast** | **Acceptances** | **Rejections** |
| **Class 2**: Senior Lien Holder[1] | -0- | -0- | -0- |
| | **CLASS 2 REJECTS PLAN** | | |
| | **Ballots Cast** | **Acceptances** | **Rejections** |
| **Class 3**: General Unsecured Creditors | 5 | -0- | 5 ballots in the aggregate amount of $2,463,211.80. |
| | **CLASS 3 REJECTS PLAN** | | |

Attached to this Ballot Report as **Exhibit A** are a copies of the ballots cast on the Plan.

---

[1] Under the Plan, the "Senior Lien Holder" is the creditor whose lien is established as being the most senior of all creditors asserting liens on the Debtor's property. The identity of the Senior Lien Holder is to be established as set forth in Article X, Section 10.1 of the Plan.

1

## CONCLUSION

As a result of the voting on the Plan, confirmation may not proceed under Section 1191(a) of the Bankruptcy Code. However, since the Debtors have requested in Article XX, Section 20.1 of the Plan that confirmation proceed despite the lack of Plan acceptances, the Debtors will seek to confirm the Plan pursuant to Section 1191(b) of the Bankruptcy Code.

## CERTIFICATION

Debtors' Counsel hereby certifies that, to the best of his knowledge and belief, all of the ballots filed by creditors with respect to the Plan have been reviewed, tabulated and accounted for in this Ballot Report.

Dated this 15th day of August, 2023

Respectfully Submitted,

COLIN O. HEBSON and MICHELLE L. HEBSON Debtors/Debtors-in-Possession

By: /s/ David K. Welch
    One of Their Attorneys

**DEBTORS' COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor, Chicago, IL 60611
TEL: (312) 840-7000 - FAX: (312) 840-7900