## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 21-09349 |
| COLIN O. HEBSON and | ) | Chapter 7 |
| MICHELLE L. HEBSON, | ) | |
| | ) | Hon. Janet S. Baer |
| *Debtors*. | ) | |
| ———————————————— | ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 31st day of October, 2023 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, or before any other Judge who may be sitting in her place, either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and shall present the **DEBTOR'S MOTION TO APPROVE MARITAL SETTLEMENT BETWEEN DEBTOR SPOUSES PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR RELATED RELIEF**, a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person**.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. The meeting ID for this hearing is 160 731 2971 and the password is 587656.

**To appear by telephone**, call Zoom for Government at (669) 254-5252 or (646) 828-7666. Then enter the meeting ID and password. The meeting ID for this hearing is 160 731 2971 and the password is 587656.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.

/s/David K. Welch

**DEBTORS' COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

13635\00004\4858-1213-6576.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 21-09349 |
| COLIN O. HEBSON and | ) | Chapter 7 |
| MICHELLE L. HEBSON, | ) | |
| | ) | Hon. Janet S. Baer |
| *Debtors*. | ) | |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **Notice** and attached **Motion** to be served on all the parties listed on the attached service list via the Court's Electronic Filing System (ECF) to all parties entitled to such notice, and via U.S. Mail, properly addressed and postage prepaid, on the 5th day of October 2023.

/s/David K. Welch

**<u>DEBTORS' COUNSEL</u>**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

## SERVICE LIST

**Via ECF**:

United States Trustee Office
219 S. Dearborn St., Room 873
Chicago, IL 60604

Miriam Stein Granek
Miriam Stein Granek, Trustee
4711 Golf Road, Ste 200
Skokie, IL 60076

Scott R. Clar, Esq.
Crane, Simon, Clar & Goodman
135 S. LaSalle, #3950
Chicago, IL 60603

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Mitchell S. Chaban, Esq.
Jonathan M. Weis, Esq.
Levin Ginsburg
180 N. LaSalle St., Suite 3200
Chicago, IL 60601

Wendy Kaleta Gattone
McFadden & Dillon, P.C.
120 S. LaSalle Street, Suite 1920
Chicago, IL 60603

Jonathan M Weis
Levin Ginsburg
180 N LaSalle St., Ste 3200
Chicago, IL 60601

Douglas C. Giese
Markoff Law LLC
29 N. Wacker Dr., #1010
Chicago, IL 60606

Christopher J. Agrella
Law Office of Christopher J. Agrella
330 East Main St., Suite 205
Barrington, IL 60010-3203

Joycelyn Bell
Illinois Attorney General's Office
100 West Randolph St., 13th Floor
Chicago, IL 60601

Abraham Brustein, ESQ
Robbins DiMonte, Ltd.
216 W Higgins RD.
Park Ridge, IL 60068

William J Factor
William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602

Robert A. Kahn
Sanford Kahn, Ltd.
180 N. LaSalle St., Suite 2025
Chicago, IL 60601

Berton N Ring
Berton N. Ring, P.C.
123 W. Madison
Chicago, IL 60602

**Via U.S. Mail**

American Eagle Bank
556 Randall Rd.
South Elgin, IL 60177
*Via U.S. Mail*

Anthony Burns
1080 Brickel Ave. #501
Miami, FL 33131
*Via U.S. Mail*

13635\00004\4858-1213-6576.v1

AT&T Mobility II LLC
AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921
*Via U.S. Mail*

Bill McDonald
2626 E. Arizona Biltmore Circle 46
Phoenix, AZ 85016
*Via U.S. Mail*

BMW Credit/PAY ARS.com
PO Box 469046
Escondido, CA 92046-9046
*Via U.S. Mail*

Brian Gaughan
c/o Douglas C. Giese
29 N. Wacker Dr., #1010
Chicago, IL 60606
*Via U.S. Mail*

Brian Gaughan and Kevin Gaughan
c/o Markoff Law LLC - D.C. Giese
29 N. Wacker Drive, #1010
Chicago, IL 60606
*Via U.S. Mail*

Bryn Mawr Country Club
6600 N. Crawford Ave.
Lincolnwood, IL 60712
*Via U.S. Mail*

Capital One
PO Box 30285
Salt Lake City, UT 84130
*Via U.S. Mail*

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
*Via U.S. Mail*

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
*Via U.S. Mail*

Concord Commission Advance
555 8th Ave. Suite 2301
New York, NY 10018
*Via U.S. Mail*

Corey Fertel
2009 W. Erie
Chicago, IL 60612
*Via U.S. Mail*

David Gidalvetz
1040 East Lake Ave.
Glenview, IL 60025
*Via U.S. Mail*

Department of Treasury
Internal Revenue Service
230 So Dearborn St., Stop 5014-CHI
Chicago, IL 60604
*Via U.S. Mail*

DirecTV, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
*Via U.S. Mail*

Don Jerome
4832 W. Balmoral Ave.
Chicago, IL 60630
*Via U.S. Mail*

ECommission
11612 Bee Cave Rd., #200
Austin, TX 78738
*Via U.S. Mail*

13635\00004\4858-1213-6576.v1

Edward Tunney
c/o Christopher Agrella
330 E. Main, #205
Barrington, IL 60010
*Via U.S. Mail*

Ermin Pajazetovic
7510 West Foster
Chicago, Il 60656
*Via U.S. Mail*

Fred Smithson
7804 Arcadia St.
Morton Grove, IL 60053
*Via U.S. Mail*

Fred Smithson
708 West Briar Place Unit 1
Chicago, IL 60657
*Via U.S. Mail*

Glen Seiden
Seiden Netzky Law Group- CNA Center
333 S. Wabash Ave., 2700
Chicago, IL 60604
*Via U.S. Mail*

Goldberg & Field
10 S. LaSalle St., Suite 2910
Chicago, IL 60603
*Via U.S. Mail*

Hadley Rue
Dreamtown Lincoln Square
4553 N. Lincoln Ave.
Chicago, IL 60625
*Via U.S. Mail*

PNC Bank, National Association
Bankruptcy Department
PO Box 94982
Cleveland, OH 44101
*Via U.S. Mail*

Illinois Department of Revenue
Bankruptcy Section, P.O. Box 19035
Springfield, IL 62794-9035
*Via U.S. Mail*

Illinois Dept of Revenue
100 W Randolph St
Legal Services M/C 7-900
Chicago, Il 60601
*Via U.S. Mail*

Illinois Dept of Revenue
Willard Ice Building
101 W. Jefferson St.
Springfield, IL 62702
*Via U.S. Mail*

Internal Revenue Service
Mail Stop 5114
230 S. Dearborn, #2600
Chicago, IL 60604
*Via U.S. Mail*

John Wallis
523 Cinnamon Beach Lane
Palm Coast, FL 32137
*Via U.S. Mail*

Kevin Gaughan
c/o Douglas C. Giese
29 N. Wacker Dr., #1010
Chicago, IL 60606
*Via U.S. Mail*

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
*Via U.S. Mail*

Maksimovich & Associates PC
8643 Ogden Ave.
Lyons, IL 60534
*Via U.S. Mail*

3

Marc Realty
55 E. Jackson Blvd.
Chicago, IL 60604
*Via U.S. Mail*

McFadden & Dillon PC
120 S. LaSalle Street, Suite 1920
Chicago, IL 60603
*Via U.S. Mail*

Mike Anderson
Anderson Financial Group
2421 N. Ashland Ave.
Chicago, IL 60614
*Via U.S. Mail*

North Shore Health
3304 W. Touhy Ave.
Chicago, IL 60612
*Via U.S. Mail*

PNC Bank
National Association
PO Box 747066
Pittsburgh, PA 15274
*Via U.S. Mail*

Ralph J. Licari & Associates Ltd.
135 South LaSalle St., Suite 2210
Chicago, IL 60603
*Via U.S. Mail*

Ralph Picker
Picker & Associates
750 Lake Cook Rd., Suite 375
Buffalo Grove, IL 60089
*Via U.S. Mail*

Rita Sankey
5760 North Virginia Ave.
Chicago, IL 60659
*Via U.S. Mail*

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
*Via U.S. Mail*

Thomas E. Eggers
428 S. Orlando Ave., Unit E
Cocoa Beach, FL 32931
*Via U.S. Mail*

Tom Penn and Sally Hebson
4270 Circle Dr.
Excelsior, MN 55331
*Via U.S. Mail*

US Department of Education
P O Box 16448
St Paul, MN 55116-0448
*Via U.S. Mail*

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
*Via U.S. Mail*

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051
*Via U.S. Mail*

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 21-09349 |
| COLIN O. HEBSON and | ) | Chapter 7 |
| MICHELLE L. HEBSON, | ) | |
| | ) | Hon. Janet S. Baer |
| *Debtors.* | ) | |
| | ) | |

**DEBTOR'S MOTION TO APPROVE MARITAL SETTLEMENT AGREEMENT
BETWEEN DEBTOR SPOUSES PURSUANT TO RULE 9019 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND FOR RELATED RELIEF**

COLIN O. HEBSON and MICHELLE L. HEBSON, Debtors herein (the "Debtors"), by and through their undersigned attorneys, respectfully request the entry of an Order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the Marital Settlement Agreement between them and granting related relief, and in support thereof, the Debtors state as follows:

**INTRODUCTION**

1.      On August 6, 2021, the Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date") and elected to proceed as Debtors under Subchapter V of the Bankruptcy Code.

2.      The Debtors managed their financial affairs as Debtors in Possession until the conversion of their Chapter 11 case to a proceeding under Chapter 7 of the Bankruptcy Code on September 26, 2023.

3.      The statutory predicates for the relief requested in this Motion are Section 362 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

1

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and
157(a). This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and 157(b)(2)(O). Venue is
proper in this District pursuant to 28 U.S.C § 1408.

## **RELEVANT BACKGROUND**

5.      Colin Hebson is a real estate broker licensed to practice in the State of Illinois.  He
concentrates his practice in the sales of high-end, luxury homes and condominiums as well as in
new construction of residential developments.

6.      Colin Hebson operates his real estate sales practice as an independent contractor
for Dreamtown Realty and through Hebson Team II, LLC, a company that he owns and controls.

7.      Prior to the Petition Date, several creditors filed various separate litigation claims
against Colin Hebson emanating from sales involving him as a real estate broker.

8.      These litigation claims resulted in the entry of several substantial money judgments
against Colin Hebson for which these judgment creditors engaged in post-judgment supplemental
proceedings, including, but not limited to, the service and prosecution of citations to discover
assets (the "Lien Creditors").

9.      Additionally, shortly before the Petition Date, the IRS served a Notice of Levy for
accrued and unpaid income taxes for the years of 2012, 2013, 2014, 2015, 2017 and 2018 in the
amount of $683,910.15 ("IRS Levy").

10.     The Lien Creditors and Internal Revenue Service ("IRS") assert liens and security
interests against the Debtors' assets to secure the underlying indebtedness due from the Debtors.
Notably, only the claim covered by the IRS Levy may extend to the joint assets of both Debtors.
The remaining claims and liens are only asserted against Colin Hebson and his assets and his
interest in joint marital assets.

2

11.     The liens and claims of the Lien Creditors and IRS are estimated of the Petition

Date as follows:

| **CREDITOR** | **BASIS FOR ALLEGED LIEN** | **ESTIMATED AMOUNT** |
|---|---|---|
| IRS | IRS Levy | $683,910.15 |
| Dream Town Realty Inc. | Citation to Discover Assets | $776,952.63 |
| Brian Gaughan and Kevin Gaughan (the "Gaughans") | Citation to Discover Assets | $538,527.86 |
| Bryn Mawr Country Club | Citation to Discover Assets | $105,279.83 |
| Edward Tunney | Citation to Discover Assets | $181,210.29 |
| Fred Smithson ("Smithson") | Citation to Discover Assets | $1,109,765.86 |
| Hadley Rue | Citation to Discover Assets | $153,099.12 |
| Rita Sankey | Citation to Discover Assets | $115,522.41 |

12.     The effects of the post-judgment collection efforts of certain of the Lien Creditors

and the IRS Levy were the triggering events for the filing of this bankruptcy case.

13.     Colin Hebson and Michelle Hebson are separated and engaged in a marital

dissolution proceeding (the "Dissolution Case"). The Debtors have three (3) high school children

each of the same age.  Due to the separation, Colin Hebson and Michelle Hebson have separate

residences and cash flow budgets which have been approved by this Court.

14.     The Debtors attempted to reorganize and settle with their creditors. However,

primarily due to the expense of the Chapter 11 case and the health problems of Colin Hebson, the

Debtors elected to voluntarily convert their Chapter 11 case to a proceeding under Chapter 7 of

the Bankruptcy Code on September 26, 2023.

## THE MARITAL SETTLEMENT AGREEMENT

15.     The Dissolution Case has been pending in the Circuit Court of Cook County,

Illinois, Domestic Relations Division (the "Divorce Court"), case number 2021 D 004148, since

before the Petition Date.

3

16.     The issues in the Dissolution Case have been amicably resolved by and between the Debtors and the Dissolution Case is ready for "prove-up" in the Divorce Court.

17.     The Debtors have entered into a Marital Settlement Agreement (the "Marital Agreement"), subject to the prior approval of this Court and the Divorce Court, which establishes family support obligations, payment of child related expenses, life and health insurance obligations and a division of the limited items of personal property, including existing bank accounts, automobiles, and business interests. The Marital Agreement also recognizes the Debtors' tax liabilities and other debts. As to attorneys' fees in the Dissolution Case, Colin Hebson shall be responsible for the payment of any fees allowed in favor of his former divorce attorneys.[1] Any attorneys' fees incurred by Michelle Hebson in the Dissolution Case shall be paid by the Hebson Murphy Group, not Colin Hebson. A copy of the Marital Agreement is attached to this Motion as **Exhibit A**.

18.     The Debtors have carefully prepared the Marital Agreement so as to not modify any rights or obligations that existed during the Chapter 11 case.  For instance, all of the family support obligations and child and related expenses are all accounted for in prior budgets appended to Cash Collateral Orders previously entered by this Court. The amounts of these obligations are not increasing. Similarly, the amounts being paid by Colin Hebson under the Marital Agreement to Michelle Hebson is actually less than the amount paid to Michelle Hebson during the Chapter 11 case under the same Cash Collateral Orders.[2]

All bank accounts, business interests and automobiles were separated between the Debtors as of the Petition Date. The separate ownership of these items is maintained as unmodified in the

---

[1] Colin Hebson is presently representing himself without counsel in the Dissolution Case.

[2] See, Budgets attached to Interim Cash Collateral Order, docket no. 24.

Marital Agreement.[3] The respective responsibilities of the Debtors with respect to all prepetition liabilities are also unmodified in the Martial Agreement. Finally, any liability of Colin Hebson for the attorneys' fees of Michelle Hebson in the Dissolution Case (which are typically the financial responsibility of the husband spouse) are shifted to an entity exclusively owned by Colin Hebson.

19.      Without approval of the Marital Agreement by this Court, the Debtors are unable to complete the dissolution of their marriage, a necessity that benefits the Debtors and their minor children.

### BASIS FOR RELIEF

20.      Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides, in relevant part, that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a). "A settlement should be approved by a bankruptcy court if the settlement is in the best interest of the estate." *In re Quay Corp., Inc.*, 372 B.R. 378, 382 (Bankr. N.D. Ill. 2007) *citing In re Griffin Trading Co.*, 270 B.R. 883, 903 (Bankr. N.D. Ill. 2001). "In determining whether a settlement is in the best interest of the estate, courts compare the settlement's terms with the litigation's probable costs and benefits, and examine the litigation's probability of success, the litigation's complexity, and the litigation's attendant expense, inconvenience and delay." *Id. citing In re Telesphere Commc'ns, Inc.*, 179 B.R. 544, 553 (Bankr. N.D. Ill. 1994) *citing In re Energy Co-Op, Inc.*. 886 F.2d 921 (7th Cir. 1989) and *LaSalle Nat'l Bank v. Holland (In re Am. Reserve Corp.)*, 841 F.2d 159 (7th Cir. 1987).

21.      A decision to approve a particular compromise or settlement is within the sound discretion of the bankruptcy court. *In re Commercial Loan Corp.*, 316 B.R. 690, 697 (Bankr. N.D. Ill. 2004) *citing In re Andreuccetti*, 975 F.2d 413, 421 (7th Cir. 1992); *In re Del Groso*, 106 B.R.

---

[3] See, Debtors' bankruptcy schedules, docket no. 32.

165, 167 (Bankr. N.D. Ill. 1989). Because "[c]ompromises are tools for expediting the administration of the case and reducing administrative costs" they "are favored in bankruptcy." *Quay Corp.*, 372 B.R. at 382 *citing Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000). It is appropriate for the bankruptcy court to consider the opinion of the debtor that a settlement is fair and equitable, and some deference will be given to such opinion. *Commercial Loan Corp.*, 316 B.R. at 698. "Only if the settlement 'falls below the lowest point in the range of reasonableness' should [that] decision be disturbed." *Id. citing Energy Co-Op*, 886 F.2d at 929 and *Telesphere*, 179 B.R. at 553.

22.     If the settlement is not approved, the Debtors will be unable to dissolve their marriage and provide the necessary opportunity for the Debtors and their minor children to move forward.

23.     Importantly, no property interests will be modified, no financial responsibilities will be changed from those in existence on the Petition Date and no creditor' claims will be altered. As a result, there is no harm to any creditor in granting the relief requested in this Motion.

24.     The Debtors have analyzed the relevant factors and have concluded that the bankruptcy estate will be best served by implementing the terms set forth in the Marital Agreement.

## **REQUEST FOR RELATED RELIEF**

25.     To the extent necessary, the Debtors request that this Court modify the automatic stay to permit the Divorce Court to proceed with a final judgment in the Dissolution Case consistent with the terms and conditions of the Marital Agreement.

6

## **CONCLUSION**

26.       Under the circumstances set forth above, this Court should approve the proposed

settlement as set forth in the Marital Agreement.


WHEREFORE, Debtors, COLIN O. HEBSON and MICHELLE L. HEBSON, respectfully

request the entry of an Order: (i) approving the settlement as set forth in the Marital Agreement

pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (ii) granting stay relief to

enable the Divorce Court to proceed to final judgment in the Dissolution Case; and (iii) granting

such other and further relief as this Court deems appropriate under the circumstances.


Respectfully submitted,

COLIN O. HEBSON and MICHELLE L.
HEBSON *Debtors*

By: /s/ David K. Welch_____
         One of Their Attorneys

**DEBTORS' COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

13635\00004\4858-1213-6576.v1